No. 424.  MEMPA *v.* RHAY, PENITENTIARY SUPERIN-
TENDENT; and

No. 734.  WALKLING *v.* RHAY, PENITENTIARY SUPER-
INTENDENT.  Sup. Ct. Wash.  (Certiorari granted, *ante,*
p. 907.)  Motions of petitioners for leave to proceed
further herein *in forma pauperis* granted.  Motions of
petitioners for appointment of counsel are also granted.
It is ordered that *Evan L. Schwab, Esquire,* of Seattle,
Washington, be, and he is hereby, appointed to serve as
counsel for petitioners in these cases.

No. 1080.  BURGETT *v.* TEXAS.  Ct. Crim. App. Tex.
(Certiorari granted, *ante,* p. 931.)  Motion of petitioner
for appointment of counsel granted.  It is ordered that
*Gordon Gooch, Esquire,* of Houston, Texas, a member
of the Bar of this Court, be, and he is hereby, appointed
to serve as counsel for petitioner in this case.

No. 1262, Misc.  SMITH *v.* ILLINOIS;

No. 1276, Misc.  ROSS *v.* WAINWRIGHT, CORRECTIONS
DIRECTOR; and

No. 1283, Misc.  PARKER *v.* TURNER, WARDEN.  Mo-
tions for leave to file petitions for writs of habeas corpus
denied.

No. 1021, Misc.  JONES *v.* WAINWRIGHT, CORRECTIONS
DIRECTOR.  Motion for leave to file petition for writ of
habeas corpus denied.  Treating the papers submitted as
a petition for writ of certiorari, certiorari denied.  Peti-
tioner *pro se.  Earl Faircloth,* Attorney General of
Florida, and *David U. Tumin,* Assistant Attorney Gen-
eral, for respondent.

No. 1296, Misc.  MYLES *v.* PRESTON, JAIL SUPERIN-
TENDENT.  Motion for leave to file petition for writ of
habeas corpus and other relief denied.